Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ District of **KANSAS**
(State)

Case number (If known): 24-10284  Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  HERINGTON HOSPITAL, INC. —AFTER JULY 1, 2021

2. **All other names debtor used in the last 8 years**  HERINGTON MUNICIPAL HOSPITAL — BEFORE JULY 1, 2021

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  __ __ - __ __ __ __ __ __ __

4. **Debtor's address**

   Principal place of business

   **100 EAST HELEN STREET**
   Number  Street

   **HERINGTON, KS 67449**
   City  State  ZIP Code

   **DICKINSON**
   County

   Mailing address, if different from principal place of business

   Number  Street

   P.O. Box

   City  State  ZIP Code

   Location of principal assets, if different from principal place of business

   Number  Street

   City  State  ZIP Code

5. **Debtor's website (URL)**  NONE

Debtor  **HERINGTON HOSPITAL, INC.**  Case number (if known) _____
     Name

**6. Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

- ☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*

  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ A plan is being filed with this petition.

  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

Official Form 201               Voluntary Petition for Non-Individuals Filing for Bankruptcy              page 2

Case 24-10284   Doc# 1   Filed 04/12/24   Page 2 of 15

Debtor  **HERINGTON HOSPITAL, INC.**       Case number (if known) _____
         Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**  ☑ No
   ☐ Yes. District _____ When _____ Case number _____
                                       MM / DD / YYYY
   If more than 2 cases, attach a separate list.
   District _____ When _____ Case number _____
                                MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**  ☑ No
    ☐ Yes. Debtor _____ Relationship _____
    District _____ When _____
                                                    MM / DD / YYYY
    List all cases. If more than 1, attach a separate list.
    Case number, if known _____

11. **Why is the case filed in *this district*?**
    Check all that apply:
    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**  ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    Why does the property need immediate attention? (Check all that apply.)
    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
    ☐ It needs to be physically secured or protected from the weather.
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    ☐ Other _____

    Where is the property? _____
                           Number    Street
    _____
    City                              State ZIP Code

    Is the property insured?
    ☐ No
    ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

**Statistical and administrative information**

Debtor **HERINGTON HOSPITAL, INC.** Case number (if known) _____

### 13. Debtor's estimation of available funds
Check one:
- ☐ Funds will be available for distribution to unsecured creditors.
- ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

### 14. Estimated number of creditors
- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

### 15. Estimated assets
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### 16. Estimated liabilities
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/12/2024
MM / DD / YYYY

X _____  **ROBERT DANZMAN**
Signature of authorized representative of debtor    Printed name

Title  **CHAIRMAN OF THE BOARD AND MANAGING DIRECTOR**

Fill in this information to identify the case:

Debtor name __HERINGTON HOSPITAL, INC.__

United States Bankruptcy Court for the: _____ District of __KANSAS__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Kansas Department of Labor<br>401 S. Topeka Blvd.,<br>Topeka, Ks. 66603 | UNKNOWN | UNKNOWN | UNKNOWN | N/A | N/A | $45,640.49 |
| 2 | A T & T<br>P.O. Box 5093,<br>Carol Stream, Il. 60197 | UNKNOWN | UNKNOWN | UNKNOWN | N/A | N/A | $41,812.83 |
| 3 | I Serve<br>P.O. Box 1217,<br>El Dorado, Ks. 67042 | UNKNOWN | UNKNOWN | UNKNOWN | N/A | N/A | $40,000.00 |
| 4 | U.S. Foods, Inc.<br>9399 Whiggens Rd.,<br>Rosemont, Il. 60018 | UNKNOWN | UNKNOWN | UNKNOWN | N/A | N/A | $29,300.58 |
| 5 | WIPFLI<br>4890 Owen Ayres Crt.,<br>Eau Claire, wi. 5470 | UNKNOWN | UNKNOWN | UNKNOWN | N/A | N/A | $26,143.00 |
| 6 | CPSI<br>P.O. Box 11407,<br>Birmingham, Al. 35246 | UNKNOWN | UNKNOWN | UNKNOWN | N/A | N/A | $25,880.00 |
| 7 | Cardina Health<br>5303 Collections Center Dr.,<br>Chicago, Il. 60693 | UNKNOWN | UNKNOWN | UNKNOWN | N/A | N/A | $24,607.33 |
| 8 | Stryker<br>2825 Airview Blvd.,<br>Kalamazoo, Mi. 49002 | UNKNOWN | UNKNOWN | UNKNOWN | N/A | N/A | $21,390.48 |

Debtor **HERINGTON HOSPITAL, INC.**     Case number (if known) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | U.S. Bank<br>P.O. Box 790413,<br>St. Louis, Mo. 63179 | UNKNOWN | UNKNOWN | UNKNOWN | N/A | N/A | $20,939.32 |
| 10 | U.S. Bank<br>P.O. Box 790413,<br>St. Louis, Mo. 63179 | UNKNOWN | UNKNOWN | UNKNOWN | N/A | N/A | $16,659.20 |
| 11 | Travelers<br>9200 Ward Pkwy. St.500,<br>Kansas City, Mo. 64114 | UNKNOWN | UNKNOWN | UNKNOWN | N/A | N/A | $12,297.00 |
| 12 | Kansas Department of Taxation<br>120 SE 10th Ave.,<br>Topeka, Ks. 66625 | UNKNOWN | UNKNOWN | UNKNOWN | N/A | N/A | $7,154.44 |
| 13 | First Business Bank<br>401 Charmany Dr.,<br>Madison, Wi. 53719 | UNKNOWN | UNKNOWN | UNKNOWN | N/A | N/A | $6,408.18 |
| 14 | American Proficiency Institute<br>P.O. Box 7592,<br>Carol Stream, Il. 60197 | UNKNOWN | UNKNOWN | UNKNOWN | N/A | N/A | $6,220.51 |
| 15 | The Phone Connection of Kansas<br>2630 Farm Bureau Rd. St. C,<br>Manhattan, Ks. 66502 | UNKNOWN | UNKNOWN | UNKNOWN | N/A | N/A | $4,847.20 |
| 16 | Commerce Bank<br>P.O. Box 419248,<br>Kansas City, Mo. 64141 | UNKNOWN | UNKNOWN | UNKNOWN | N/A | N/A | $4,803.42 |
| 17 | CDW-G<br>230 N. Milwaukee Ave.,<br>Vernon Hills, Il. 60661 | UNKNOWN | UNKNOWN | UNKNOWN | N/A | N/A | $3,423.55 |
| 18 | Stryker<br>25652 Network Pl.,<br>Chicago, Il. 60673 | UNKNOWN | UNKNOWN | UNKNOWN | N/A | N/A | $3,372.01 |
| 19 | Underground Vaults & Storage<br>P.O. Box 1723,<br>Hutchinson, Ks. 67504 | UNKNOWN | UNKNOWN | UNKNOWN | N/A | N/A | $2,968.50 |
| 20 | Foley Equipment<br>1550 S. West St.,<br>Wichita, Ks. 67213 | UNKNOWN | UNKNOWN | UNKNOWN | N/A | N/A | $2,525.01 |

**United States Bankruptcy Court**
**District of Kansas**

In re: **Harington Hospital, Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| NON STOCK NOT-FOR-PROFIT CORPORATION | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the MANAGING DIRECTOR of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date APRIL 12, 2024

Signature *[signed]* ROBERT DANZMAN, CHAIRMAN

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## CORPORATE RESOLUTION

## AUTHORIZING FILING OF BANKRUPTCY PETITION

I, **ROBERT DANZMAN**, do hereby certify that this Resolution of the Board of Directors of **HERINGTON HOSPITAL, INC.** ("the Company"), a corporation duly organized and existing under the laws of **KANSAS**, authorizing the Company to file a voluntary bankruptcy petition was adopted on 9 APRIL, 2024.

**WHEREAS**, it is in the best interests of the Company, its creditors, and other interested parties for the Company to file a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**BE IT HEREBY RESOLVED** that the filing of a voluntary bankruptcy petition on the Company's behalf is authorized;

**FURTHER RESOLVED** that **ROBERT DANZMAN** is authorized to execute all documents necessary for the Company to file a voluntary petition under chapter 11 of the Bankruptcy Code, including the voluntary petition and any schedules, lists, affidavits, certifications, or other required papers;

**FURTHER RESOLVED** that **ROBERT DANZMAN** is authorized to retain such other professionals as he or she deems necessary and appropriate to represent, assist, or consult with the Company during the bankruptcy case;

**FURTHER RESOLVED** that **ROBERT DANZMAN** is authorized to take any other actions necessary to accomplish the purpose of these resolutions; and

**FURTHER RESOLVED** that all acts lawfully done by **ROBERT DANZMAN** to effectuate the intent of these resolutions are hereby ratified and approved.

Date: **04/12/2024**

_____
Signature

ROBERT DANZMAN
Name

**CHAIRMAN OF THE BOARD AND MANAGING DIRECTOR**
Title

[Local Rule 1074-1 provides that a voluntary petition filed by a non-individual debtor must be accompanied by a certificate, resolution, or other applicable documentation demonstrating the bankruptcy filing is authorized. This form resolution is a sample authorization by a corporation's board of directors. This form may need to be modified to provide authorization for a bankruptcy filing by another type of entity, such as a limited liability company or partnership.

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor 1 | **HERINGTON HOSPITAL, INC.** | |
| | First Name   Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name | Last Name |
| United States Bankruptcy Court for the: _____ District of **KANSAS** | | |
| Case number (If known) _____ | | Chapter _____ |

## Official Form 119
## Bankruptcy Petition Preparer's Notice, Declaration, and Signature    12/15

Bankruptcy petition preparers as defined in 11 U.S.C. § 110 must fill out this form every time they help prepare documents that are filed in the case. If more than one bankruptcy petition preparer helps with the documents, each must sign in Part 2. A bankruptcy petition preparer who does not comply with the provisions of title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure may be fined, imprisoned, or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

### Part 1: Notice to Debtor

Bankruptcy petition preparers must give the debtor a copy of this form and have the debtor sign it before they prepare any documents for filing or accept any compensation. A signed copy of this form must be filed with any document prepared.

Bankruptcy petition preparers are not attorneys and may not practice law or give you legal advice, including the following:

- whether to file a petition under the Bankruptcy Code (11 U.S.C. § 101 et seq.);
- whether filing a case under chapter 7, 11, 12, or 13 is appropriate;
- whether your debts will be eliminated or discharged in a case under the Bankruptcy Code;
- whether you will be able to keep your home, car, or other property after filing a case under the Bankruptcy Code;
- what tax consequences may arise because a case is filed under the Bankruptcy Code;
- whether any tax claims may be discharged;
- whether you may or should promise to repay debts to a creditor or enter into a reaffirmation agreement;
- how to characterize the nature of your interests in property or your debts; or
- what procedures and rights apply in a bankruptcy case.

The bankruptcy petition preparer _____**AMRO ELANSARI**_____ has notified me of
                                                Name

any maximum allowable fee before preparing any document for filing or accepting any fee.

_____                    Date 04/12/2024
Signature of Debtor 1 acknowledging receipt of this notice         MM/DD/YYYY
ROBERT DANZMAN

_____                    Date _____
Signature of Debtor 2 acknowledging receipt of this notice         MM/DD/YYYY

Official Form 119    Bankruptcy Petition Preparer's Notice, Declaration, and Signature    page 1

Debtor 1  **HERINGTON HOSPITAL, INC.**　　　　　　　　　　　Case number (if known)＿＿＿＿
　　　　　First Name　　Middle Name　　Last Name

### Part 2: Declaration and Signature of the Bankruptcy Petition Preparer

**Under penalty of perjury, I declare that:**

- I am a bankruptcy petition preparer or the officer, principal, responsible person, or partner of a bankruptcy petition preparer;

- I or my firm prepared the documents listed below and gave the debtor a copy of them and the *Notice to Debtor by Bankruptcy Petition Preparer* as required by 11 U.S.C. §§ 110(b), 110(h), and 342(b); and

- if rules or guidelines are established according to 11 U.S.C. § 110(h) setting a maximum fee for services that bankruptcy petition preparers may charge, I or my firm notified the debtor of the maximum amount before preparing any document for filing or before accepting any fee from the debtor.

| | | |
|---|---|---|
| **AMRO ELANSARI** | | |
| Printed name | Title, if any | Firm name, if it applies |
| **45 WALL STREET, #1407** | | |
| Number　Street | | |
| **NEW YORK** | **NY** | **(484) 280-9028** |
| City | State　ZIP Code **10005** | Contact phone |

**I or my firm prepared the documents checked below and the completed declaration is made a part of each document that I check:**
*(Check all that apply.)*

- ☐ Voluntary Petition (Form 101)
- ☐ Statement About Your Social Security Numbers (Form 121)
- ☐ Summary of Your Assets and Liabilities and Certain Statistical Information (Form 106Sum)
- ☐ Schedule A/B (Form 106A/B)
- ☐ Schedule C (Form 106C)
- ☐ Schedule D (Form 106D)
- ☐ Schedule E/F (Form 106E/F)
- ☐ Schedule G (Form 106G)
- ☐ Schedule H (Form 106H)

- ☐ Schedule I (Form 106I)
- ☐ Schedule J (Form 106J)
- ☐ Declaration About an Individual Debtor's Schedules (Form 106Dec)
- ☐ Statement of Financial Affairs (Form 107)
- ☐ Statement of Intention for Individuals Filing Under Chapter 7 (Form 108)
- ☐ Chapter 7 Statement of Your Current Monthly Income (Form 122A-1)
- ☐ Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Form 122A-1Supp)
- ☐ Chapter 7 Means Test Calculation (Form 122A-2)

- ☐ Chapter 11 Statement of Your Current Monthly Income (Form 122B)
- ☐ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1)
- ☐ Chapter 13 Calculation of Your Disposable Income (Form 122C-2)
- ☐ Application to Pay Filing Fee in Installments (Form 103A)
- ☐ Application to Have Chapter 7 Filing Fee Waived (Form 103B)
- ☑ A list of names and addresses of all creditors (creditor or mailing matrix)
- ☑ Other **FORM 201, 204, 119, LIST OF EQUITY SHAREHOLDERS, CORPORATE RESOLUTIO**

Bankruptcy petition preparers must sign and give their Social Security numbers. If more than one bankruptcy petition preparer prepared the documents to which this declaration applies, the signature and Social Security number of each preparer must be provided. 11 U.S.C. § 110.

**/S/ AMRO ELANSARI**　　　　　　　　　　　　　　X X X - X X - 7 7 7 8　　　　Date **04/07/2024**
Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner　　　　Social Security number of person who signed　　　　MM / DD / YYYY

**AMRO ELANSARI**
Printed name

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿　　　　＿ ＿ ＿ - ＿ ＿ - ＿ ＿ ＿ ＿　　　　Date ＿＿＿＿＿＿
Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner　　　　Social Security number of person who signed　　　　MM / DD / YYYY

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
Printed name

UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

IN RE:

HERINGTON HOSPITAL, INC.          Case No. _____

_____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of her/his/their knowledge.

Dated: 04/12/2024

Debtor _ROBERT DANZMAN, CHAIRMAN_

_____
Joint Debtor

# HERINGTON HOSPITAL, INC. - CHAPTER 11 BANKRUPTCY
# CREDITOR MATRIX OF KNOWN* CREDITORS

Known Secured Creditors:

| Creditor Name | Address | Amount |
|---|---|---|
| The Emprise Bank | 257 N Broadway Ave, Wichita, KS 67202 | $2,000,000.00 |
| Amberwell Atchison Association | 800 Raven Hill Drive, Atchison, Kansas 66002 | $500,000.00 |
| GE Medical Systems | 9900 Innovation Drive, Wauwatosa, Wisconsin 55226 | $177,263.21 |

Known Unsecured Creditors:

| No. | Creditor Name | Address | Amount |
|---|---|---|---|
| 01. | Kansas Department of Labor | 401 S. Topeka Blvd., Topeka, Ks. 66603 | $45,640.49 |
| 02. | A T & T | P.O. Box 5093, Carol Stream, Il. 60197 | $41,812.83 |
| 03. | U.S. Foods, Inc. | 9399 Whiggens Rd., Rosemont, Il. 60018 | $29,300.58 |

\* Please Note - This Matrix Consists Only Of Known Creditors And We Respectfully Request Leave To Amend This Matrix Upon Obtaining Any New / Additional Information

| # | Creditor | Address | Amount |
|---|---|---|---|
| 04. | WIPFLI | 4890 Owen Ayres Crt., Eau Claire, wi. 54701 | $26,143.00 |
| 05. | CPSI | P.O. Box 11407, Birmingham, Al. 35246 | $25,880.00 |
| 06. | Cardina Health | 5303 Collections Center Dr., Chicago, Il. 60693 | $24,607.33 |
| 07. | Stryker | 2825 Airview Blvd., Kalamazoo, Mi. 49002 | $21,390.48 |
| 08. | U.S. Bank | P.O. Box 790413, St. Louis, Mo. 63179 | $20,939.32 |
| 09. | U.S. Bank | P.O. Box 790413, St. Louis, Mo. 63179 | $16,659.20 |
| 10. | Travelers | 9200 Ward Pkwy. St.500, Kansas City, Mo. 64114 | $12,297.00 |
| 11. | Kansas Department of Taxation | 120 SE 10th Ave., Topeka, Ks. 66625 | $7,154.44 |
| 12. | First Business Bank | 401 Charmany Dr., Madison, Wi. 53719 | $6,408.18 |
| 13. | American Proficiency Institute | P.O. Box 7592, Carol Stream, Il. 60197 | $6,220.51 |
| 14. | The Phone Connection of Kansas | 2630 Farm Bureau Rd. St. C, Manhattan, Ks. 66502 | $4,847.20 |

\* Please Note – This Matrix Consists Only Of Known Creditors And We Respectfully Request Leave To Amend This Matrix Upon Obtaining Any New / Additional Information

| #   | Creditor                      | Address                                                      | Amount     |
|-----|-------------------------------|--------------------------------------------------------------|------------|
| 15. | Commerce Bank                 | P.O. Box 419248, Kansas City, Mo. 64141                      | $4,803.42  |
| 16. | CDW-G                         | 230 N. Milwaukee Ave., Vernon Hills, Il. 60661               | $3,423.55  |
| 17. | Stryker                       | 25652 Network Pl., Chicago, Il. 60673                        | $3,372.01  |
| 18. | Underground Vaults & Storage  | P.O. Box 1723, Hutchinson, Ks. 67504                         | $2,968.50  |
| 19. | Foley Equipment               | 1550 S. West St., Wichita, Ks. 67213                         | $2,525.01  |
| 20. | Navitas Credit Corporation    | 201 Executive Center Rd. St. 100, Columbia, SC. 29210        | $2,455.00  |
| 21. | Cannon Cochran Management     | 2 E Main St. Town center Bldg. St. 208 Danville, Il. 61832   | $1,741.68  |
| 22. | Elevate Provider Network      | 500 N State College Blvd. St. 900, Orange, ca. 92868         | $1,588.32  |
| 23. | MKC                           | P.O. Box D, Moundridge, Ks. 67107                            | $1,541.24  |
| 24. | American Red Cross            | P.O.Box 730040, Dallas, Tx. 75373                            | $2,800.00  |
| 25. | Lutz & Company                | 13616 California St. St. 300, Omaha, Ne. 68154               | $1,260.36  |
| 26. | Eagle Communications          | 2703 Hall St., Hays, Ks. 67601                               | $1,108.42  |
| 27. | Manhattan Radiology           | 1133 College Ave. C, Manhattan, Ks. 66502                    | $1,083.00  |

**\* Please Note – This Matrix Consists Only Of Known Creditors And We Respectfully Request Leave To Amend This Matrix Upon Obtaining Any New / Additional Information**

| #   | Creditor | Address | Amount |
|-----|----------|---------|--------|
| 28. | Vyve Broadband | 1501 W. Mississippi, Durant, Ok. 74701 | $1,042.20 |
| 29. | One America | P.O. Box 6123, Indianapolis, In 46206 | $812.50 |
| 30. | Junction City | 700 N. Jefferson, Junction City, Ks. 66441 | $332.40 |
| 31. | Domain Listings | P.O. Box 19607, Las Vegas, Nv. 89132 | $288.00 |
| 32. | FedEx | 3965 Airways Blvd. Module G, 4th Floor Memphis, Tn. 38116 | $271.39 |
| 33. | Grainger | 401 S. Wright Rd., Janesville, Wi. 53546 | $178.46 |
| 34. | Office Depot | 6600 N. Military Trl., Boca Raton, Fl. 33496 | $155.96 |
| 35. | Pitney Bowes | 27 Waterview Dr., Shelton, Ct. 06484 | $117.72 |
| 36. | Trubridge | P.O.Box 11407, Birmingham, Al. 35246 | $100.00 |
| 37. | Landmark Electric | 421 340th, Tampa. Ks. 67483 | $75.00 |
| 38. | Worldpay Integrated Payments | 8500 Governors Hill Dr., Symmes Twp., Oh. 45249 | $58.45 |
| 39. | Airgas | P. O. Box 1152, Tulsa, Ok. 74101 | $22.88 |
| 40. | I Serve | P.O. Box 1217, El Dorado, Ks. 67042 | $40,000.00 |

\* Please Note – This Matrix Consists Only Of Known Creditors And We Respectfully Request Leave To Amend This Matrix Upon Obtaining Any New / Additional Information